**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO ANTONIO MARTINEZ-MONZON, | No. 09-71170 |
| Petitioner, | Agency No. A098-654-511 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]
San Francisco, California

Before: BEEZER, TALLMAN and CALLAHAN, Circuit Judges.

Roberto Antonio Martinez-Monzon, a native and citizen of El Salvador,

petitions for review of the decision of the Board of Immigration Appeals which

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissed his appeal from the immigration judge's denial of his application for asylum and relief under the Convention Against Torture.

We reject claim Martinez-Monzon's claim that he is eligible for asylum based on his membership in a particular social group, namely, victims of gang violence by gangs that the government cannot control. *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir. 2008) (rejecting as a social group "young men in El Salvador resisting gang violence."). In addition, substantial evidence supports the agency's denial of CAT relief because Martinez-Monzon failed to establish that it is more likely than not that he will be tortured at the acquiescence of the government if he returns to El Salvador. *See id.* at 748.

We reject Martinez-Monzon's due process contention regarding the BIA's issuance of a streamlined decision because a review of the record reveals that the BIA did not issue a streamlined decision.

**PETITION FOR REVIEW DENIED.**